# Exhibit D

Case 3:21-cv-00253-HEH Document 1-5 Filed 04/15/21 Page 2 of 2 PageID# 57

3/31/2021 Benefits: Timeliness and Quality Reports, Employment & Training Administration (ETA) - U.S. Department of Labor

Skip to Content

 UNITED STATES DEPARTMENT OF LABOR
Employment & Training Administration
A to Z | Site Map | FAQs | Forms | About DOL | Contact Us | Español

Enter Search Term    [Search]

ETA Home
Find Job & Career Info
Business & Industry
Workforce Professionals
Grants & Contracts
TAA Program
Foreign Labor Certification
Performance & Results
Regions & States

# Benefits: Timeliness and Quality Reports

**NONMONETARY DETERMINATION TIME LAPSE -- NONSEPARATION**
**REPORT FOR 02/01/2021 THROUGH 02/28/2021**

| STATE | Total Workload | <=7 Days | 14 Days | 21 Days | 28 Days | 35 Days | 42 Days | 49 Days | 56 Days | 63 Days | 70 Days | > 70 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Virginia | | | | | | | | | | | | |
| *Waiting week from 02/01/2021 to 02/28/2021.* | | | | | | | | | | | | |
| 02/28/2021 | 4,791 | 1.7% | 2.5% | 3.3% | 3.8% | 4.2% | 4.5% | 4.7% | 5.0% | 5.2% | 5.5% | 100.0% |

Created: March 29, 2004          Updated: November 1, 2019

**Employment and Training Administration**
U.S. Department of Labor | Frances Perkins Building, 200 Constitution Ave NW, Washington, DC 20210
www.doleta.gov | Telephone: 1-877-US-2JOBS | TTY | Fax: 202-693-2726 | Contact Us