# Exhibit E

3/31/2021                    Benefits: Timeliness and Quality Reports, Employment & Training Administration (ETA) - U.S. Department of Labor

Skip to Content

 UNITED STATES DEPARTMENT OF LABOR
Employment & Training Administration
A to Z | Site Map | FAQs | Forms | About DOL | Contact Us | Español

Enter Search Term          [ Search ]

ETA Home
Find Job & Career Info
Business & Industry
Workforce Professionals
Grants & Contracts
TAA Program
Foreign Labor Certification
Performance & Results
Regions & States

# Benefits: Timeliness and Quality Reports

## NONMONETARY DETERMINATION TIME LAPSE -- SEPARATION
### REPORT FOR 01/01/2021 THROUGH 01/31/2021

| STATE | Total Workload | <=7 Days | 14 Days | 21 Days | 28 Days | 35 Days | 42 Days | 49 Days | 56 Days | 63 Days | 70 Days | > 70 Days |
|-------|---------------|----------|---------|---------|---------|---------|---------|---------|---------|---------|---------|-----------|
| **Virginia** | | | | | | | | | | | | |
| *Waiting week from 01/01/2021 to 01/31/2021.* | | | | | | | | | | | | |
| **01/31/2021** | 7,046 | 0.4% | 0.8% | 1.7% | 2.3% | 2.7% | 3.1% | 3.5% | 4.1% | 4.5% | 4.8% | 100.0% |

Created: March 29, 2004                                              Updated: November 1, 2019
**Employment and Training Administration**
U.S. Department of Labor | Frances Perkins Building, 200 Constitution Ave NW, Washington, DC 20210
www.doleta.gov | Telephone: 1-877-US-2JOBS | TTY | Fax: 202-693-2726 | Contact Us