# Exhibit G

# State Rankings of Core Measures

**State Ranking of Core Measures for the Period: 10/01/2020 to 12/31/2020**
*Run Date: 3/31/2021*

| State | Nonmonetary Determinations 21-day Timeliness % |
|---|---|
| TX | 95.7 |
| CO | 95.6 |
| ID | 89.3 |
| TN | 88.5 |
| ND | 85.1 |
| WY | 83.1 |
| LA | 82.3 |
| NE | 80.6 |
| MS | 77.3 |
| IL | 72.4 |
| MN | 70.4 |
| ME | 69.2 |
| NM | 66.7 |
| NC | 65.5 |
| WA | 59.9 |
| AZ | 59.7 |
| AK | 52.9 |
| NJ | 51.6 |
| UT | 50.3 |
| AL | ^46.1 |
| SC | 44.0 |
| MO | 43.0 |
| DC | 42.7 |
| MD | 40.5 |
| KS | 38.6 |
| MT | 38.5 |
| RI | 35.0 |
| PR | 34.2 |
| WV | 29.0 |
| NH | 28.3 |
| IN | 28.3 |
| CT | 28.2 |
| VT | 27.9 |
| NV | 26.4 |
| OK | 24.8 |
| OH | 23.8 |
| MA | 21.7 |
| FL | 21.0 |
| MI | 20.5 |
| GA | 12.7 |
| WI | 12.6 |
| PA | 10.6 |
| HI | 10.5 |
| NY | 9.9 |
| KY | 9.9 |
| SD | 9.1 |
| VI | 8.5 |
| IA | 7.4 |
| DE | 6.6 |
| CA | 6.5 |
| OR | 4.9 |
| AR | 4.3 |
| VA | 4.1 |
| US | 42.6 |

\* State did not submit any reports for the period.
^ State did not submit all reports for the period and performance has been estimated based on the partial data submitted.

**State Ranking of Core Measures for the Period: 10/01/2020 to 12/31/2020**
*Run Date:* 3/31/2021

\* State did not submit any reports for the period.
^ State did not submit all reports for the period and performance has been estimated based on the partial data submitted.