# Exhibit O

**From:** Chief of Benefits, rr <chiefbenefits@vec.virginia.gov>
**Sent:** Thursday, April 8, 2021 10:35 AM
**To:** Pat Levy-Lavelle <pat@justice4all.org>
**Cc:** Weaver, Kathy <kathy.weaver@vec.virginia.gov>
**Subject:** Re: Request for Assistance for "Continued Claims" Claimants

Good Morning,

I apologize for the late response to your inquiries. Please see attached document with responses to all three claims. Please let me know if you have any questions.

Regards,
Trish Williams
UI Director
Virginia Employment Commission
Trish.Williams@vec.virginia.gov

On Wed, Feb 17, 2021 at 5:59 PM Pat Levy-Lavelle <pat@justice4all.org> wrote:

Dear Madam or Sir:

I am writing you to request your assistance in resolving the continued claims cutoffs / outstanding benefit payments associated with the following claimants. Please resume payments as soon as possible to these claimants, or otherwise advise with specificity on why that is not possible. (Also, if there is any info needed from any of these claimants to enable the resumption of payments, please advise.)

Crystal Clifton

Last four of SSN ▇▇▇▇

VEC PIN: ▇▇▇▇

Delange Fells

Last four of SSN: ▇▇▇▇

VEC PIN: ▇▇▇▇

Amanda Clemons

Last four of SSN: ▇▇▇▇

VEC PIN: ▇▇▇▇

Please update on the status as soon as possible.

Thank you kindly for your assistance.

Sincerely,

Pat Levy-Lavelle

Pat Levy-Lavelle, Attorney
804-521-7306 (Direct)
804-643-1086 x308 (Office)
804-643-2059 (Fax)
pat@justice4all.org

LEGAL AID
JUSTICE CENTER
626 E. Broad Street, Suite 200
Richmond, VA 23219

The content of this email is confidential and intended only for the recipient specified in the message. Please do not share any part of this message with anyone else without written consent of the sender. If you received this message by mistake, please reply to this message so that we can ensure such a mistake does not occur in the future, and then delete it.

**Responses to Claim Inquiries:**

### Amanda Clemons:

Ms. Clemons filed a regular UI claim effective 03/29/20 and started receiving benefits on 04/21/20 when her reported discharge issue was automatically removed. She continued to receive benefits through the week ending 06/13/20. She filed weekly claims for the weeks ending 06/20/20 through 08/01/20, however, those weeks were held up until her separation decision was issued on 12/23/20, which qualified her for benefits. The claimant stopped filing weekly claims. A new hire report was received on 07/09/20 indicating she was hired. Wages were reported for the 3rd quarter 2020. The VEC last spoke to the claimant on 08/10/2020. On 12/28/20 the claimant was emailed by our Customer Service Department and advised to reopen her claim. The claimant never reopened her claim and the claim expired on 04/07/21.

### DeLange Fells:

Ms. Fells filed a regular UI claim effective 03/29/20 and started receiving benefits on 04/06/20. She reported that she was discharged and that issue was automatically removed on 04/02/20. She continued benefits through the week ending 06/13/20. She filed weekly claims for the weeks ending 06/20/20 through 08/01/20, however, those weeks were held up due to a job refusal issue. The separation decision was rendered on 02/16/21 and the job refusal rendered on 02/19/21 releasing payments for the weeks 06/20/20 through 08/1/20. The claimant exhausted her UI benefits and was notified by text or robocall and letter to file a PEUC claim. The PEUC claim was not filed until 03/16/21 and benefits released on 03/17/21 for the weeks 08/09/20 through the week ending 12/19/20. The claimant was then eligible for PEUC 2021 and filed that claim on 03/23/21. Benefit weeks 01/02/21 through 03/20/21 were processed and paid on 03/24/21. The claimant is now receiving benefits weekly.

### Crystal Clifton:

Ms. Clifton filed a regular UI claim effective 03/29/20 and started receiving benefits on 04/06/20. She continued receiving benefits through the week ending 05/09/20. When she claimed the week ending 05/16/20 a job refusal was reported by Ms. Clifton and an issue established on her claim. She had reported she was separated from her employer due to a lack of work. On 06/05/20 a voluntary quit issue was established. The separation and job refusal issues were adjudicated and the claimant denied benefits on 03/18/21. Ms. Clifton was determined overpaid UI benefits paid in the amount of $4,986.00. The overpayment decision was mailed to the claimant on 03/22/21. The claimant then filed for PUA (Pandemic Unemployment Insurance) on 03/24/21. Benefits were released to Ms. Clifton on 04/07/21 for weeks claimed 05/16/20 through 12/26/20. She should be able to file additional weeks of PUA and be paid for those weeks.