IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| ASHLEY COX, *et al.*, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>ELLEN MARIE HESS, in her official )<br>capacity as Commissioner of the Virginia )<br>Employment Commission, )<br>)<br>    Defendant. ) | Case No. 3:21-cv-253-HEH |

### REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR AN EXTENTION OF TIME TO FILE RESPONSIVE PLEADINGS

The Defendant, Ellen Marie Hess, Commissioner of the Virginia Employment Commission ("Defendant"), by counsel, states as follows for her reply in support of Defendant's motion for an extension of time to file responsive pleadings:

1. Defendant's counsel, Thompson McMullan, P.C., was hired by the Commonwealth of Virginia (the "Commonwealth") to defend this case ten days ago. Since being retained, Defendant's counsel has diligently worked to review the factual allegations in the Complaint and prepare a substantive response to defend the Virginia Employment Commission. Defendant's counsel was not involved in any of the pre-lawsuit discussions alluded to in Plaintiffs' opposition. Any discussions between Plaintiffs' counsel and the Commonwealth before this lawsuit was filed preceded the involvement of Defendant's counsel in this matter. Normally, requests for professional courtesies of this kind are unopposed. Unfortunately, Defendant's request for the courtesy of an extension was denied, so the filing of this motion became necessary.

2. Furthermore, there is no reason to significantly accelerate the normal course of discovery in this case on account of Defendant's request for the courtesy of an extension. Opening discovery at this early juncture would be extraordinary under any circumstance, particularly here where Defendant is still reviewing the allegations in the Complaint and assessing potential defenses, including whether this Court possesses subject matter jurisdiction over this case.

WHEREFORE, the Defendant, Ellen Marie Hess, Commissioner of the Virginia Employment Commission, by counsel, requests that this Court enter an Order extending the time for the filing of responsive pleadings in this matter to May 28, 2021 and, furthermore, that Plaintiff's request for premature discovery be denied.

**Date:** May 5, 2021

Respectfully submitted,

ELLEN MARIE HESS, in her official capacity as Commissioner of the Virginia Employment Commission

By Counsel

By: ___/s/_____
William W. Tunner (VSB #38358)
William D. Prince IV (VSB #77209)
Michael G. Matheson (VSB #82391)
John P. O'Herron (VSB #79357)
Rachel W. Adams (VSB #92605)
THOMPSON MCMULLAN, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Tel: (804) 649-7545
Fax: (804) 780-1813
wtunner@t-mlaw.com
wprince@t-mlaw.com
mmatheson@t-mlaw.com
joherron@t-mlaw.com
radams@t-mlaw.com

*Counsel for Defendant Ellen Marie Hess, in her official capacity as Commissioner of the Virginia Employment Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

    Craig C. Marchiando (VSB #89736)
    Leonard A. Bennett (VSB #37523)
    Amy Austin (VSB #46579)
    Consumer Litigation Associates, P.C.
    763 J. Clyde Morris Blvd., Suite 1-A
    Newport News, VA 23601
    Telephone: (757) 930-3660
    Facsimile: (757) 930-3662
    lenbennett@clalegal.com
    craig@clalegal.com
    amyaustin@clalegal.com

    Steven Fischbach (VSB #94280)
    Virginia Poverty Law Center
    919 East Main Street, Suite 610
    Richmond, VA 23219
    Telephone: (804) 351-5266
    steve@vplc.org

    Brenda Castandeda (VSB #72809)
    Patrick Levy-Lavelle (VSB #71190)
    Granville Warner (VSB #24957)
    Legal Aid Justice Center
    1000 Preston Avenue
    Charlottesville, VA 22903
    Telephone: (434) 977-0553
    brenda@justice4all.org
    pat@justice4all.org
    cwarner@justice4all.org

    Daniel Turczan (VSB #81551)
    *Admission to EDVA Pending*
    Legal Aid Works
    500 Lafayette Blvd., Suite 100
    Fredericksburg, VA 22401
    Telephone: (540) 371-1105
    dturczan@legalaidworks.org

Kristi Cahoon Kelly (VSB #72791)
Andrew J. Guzzo (VSB #82170)
Casey S. Nash (VSB #84261)
Kelly Guzzo, PLC
3925 Chain Bridge, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
kkelly@kellyguzzo.com
aguzzo@kellyguzzo.com
casey@kellyguzzo.com

By: /s/
William W. Tunner (VSB #38358)
THOMPSON MCMULLAN, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Tel: (804) 649-7545
Fax: (804) 780-1813
wtunner@t-mlaw.com

*Counsel for Defendant Ellen Marie Hess, in her official capacity as Commissioner of the Virginia Employment Commission*

4