IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| ASHLEY COX, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.   ) | Case No. 3:21-cv-253-HEH |
| ) | |
| ELLEN MARIE HESS, in her official ) | |
| capacity as Commissioner of the Virginia ) | |
| Employment Commission, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of Elizabeth B. Peay as counsel of record for defendant Ellen Marie Hess, in her official capacity as Commissioner of the Virginia Employment Commission, in this matter. Ms. Peay is admitted to practice in this Court.

Respectfully submitted,

ELLEN MARIE HESS, in her official capacity as Commissioner of the Virginia Employment Commission

By Counsel

By:   /s/_____
Elizabeth B. Peay (VSB#67987)
Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-5532
epeay@oag.state.va

*Counsel for Defendant Ellen Marie Hess, in her official capacity as Commissioner of the Virginia Employment Commission*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of May, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Craig C. Marchiando (VSB #89736)
>Leonard A. Bennett (VSB #37523)
>Amy Austin (VSB #46579)
>Consumer Litigation Associates, P.C.
>763 J. Clyde Morris Blvd., Suite 1-A
>Newport News, VA 23601
>Telephone: (757) 930-3660 Facsimile:
>(757) 930-3662
>lenbennett@clalegal.com
>craig@clalegal.com
>amyaustin@clalegal.com
>
>Steven Fischbach (VSB #94280)
>Virginia Poverty Law Center
>919 East Main Street, Suite 610
>Richmond, VA 23219 Telephone:
>(804) 351-5266 steve@vplc.org
>
>Brenda Castandeda (VSB #72809)
>Patrick Levy-Lavelle (VSB #71190)
>Granville Warner (VSB #24957)
>Legal Aid Justice Center
>1000 Preston Avenue
>Charlottesville, VA 22903 Telephone:
>(434) 977-0553
>brenda@justice4all.org
>pat@justice4all.org
>cwarner@justice4all.org
>
>Daniel Turczan (VSB #81551)
>*Admission to EDVA Pending*
>Legal Aid Works
>500 Lafayette Blvd., Suite 100
>Fredericksburg, VA 22401 Telephone:
>(540) 371-1105
>dturczan@legalaidworks.org

Kristi Cahoon Kelly (VSB #72791)
Andrew J. Guzzo (VSB #82170)
Casey S. Nash (VSB #84261)
Kelly Guzzo, PLC
3925 Chain Bridge, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572 Facsimile: (703) 591-0167
kkelly@kellyguzzo.com
aguzzo@kellyguzzo.com
casey@kellyguzzo.com

By: /s/_____

William W. Tunner (VSB #38358)
THOMPSON MCMULLAN, P.C. 100
Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Tel: (804) 649-7545
Fax: (804) 780-1813
wtunner@t-mlaw.com
*Counsel for Defendant Ellen Marie Hess, in her official capacity as Commissioner of the Virginia Employment Commission*