IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ASHLEY COX, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:21cv253–HEH |
| | ) |
| ELLEN MARIE HESS, in her official | ) |
| capacity as Commissioner of the Virginia | ) |
| Employment Commission, | ) |
| | ) |
| Defendant. | ) |

**ORDER**
(Extending Filing Deadline)

THIS MATTER is before the Court on its own initiative. On May 4, 2021, Defendant Ellen Marie Hess ("Defendant") filed a Motion for an Extension of Time to File Responsive Pleadings, which this Court granted in part, extending the filing deadline to May 11, 2021. The parties have since begun settlement discussions which the Court believes may be fruitful. Accordingly, the Court finds that it is in the best interests of all involved to further extend the filing deadline. Defendant shall have until **May 20, 2021** to file her answer to Plaintiffs' Complaint.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: May 10, 2021
Richmond, Virginia