UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| ASHLEY COX, *et al.*, ) | |
| ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | Case No: 3:21cv253-HEH |
| ) | |
| ELLEN MARIE HESS, ) | |
| in her official capacity as Commissioner ) | |
| of the Virginia Employment Commission, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

**<u>NOTICE REGARDING RELATED *PRO SE* CASES</u>**

By Order entered May 25, 2021, this Court directed undersigned counsel to contact each unrepresented individual with an action pending in either the Eastern District of Virginia or the Western District of Virginia to determine if the *pro se* plaintiff would like and accept assistance from the VEC in resolving that matter and any outstanding UI claim in accordance with the process outlined in the Order entered pursuant to Judicial Mediation. (ECF 24-1, ¶ 19).

Undersigned counsel reports that they have successfully contacted twenty of the twenty-eight individuals listed on the chart below. As indicated, most of the *pro se* plaintiffs desire assistance from the VEC in resolving their claims. While Plaintiffs' counsel here do not represent the *pro se* plaintiffs in these other matters and they are not parties here, the VEC has represented to Plaintiffs' counsel and to the Court that if these matters were stayed by the forum court *sua sponte* without required responses to pending defense motions or other action by either

the *pro se* plaintiffs or the VEC, the VEC will adjudicate and attempt to process and resolve each such matter within 45 days in accordance with paragraph 18 of the Order regarding Settlement Pursuant to Judicial Mediation (ECF 24-1).

To this end, the following chart is provided to the Court and counsel for the VEC to facilitate resolution of the underlying claims for unemployment benefits. The *pro se* plaintiffs with a "Y" in the "Needs VEC assistance" column have indicated to Plaintiffs' counsel their consent to consolidate and/or transfer of that case to this one, if the venue court does so *sua sponte*.

| Case Style | Plaintiff Contact Information | Date Filed | Assigned Judges | Needs VEC assistance/action |
|---|---|---|---|---|
| Byrd v. Hess, et al. Case No. 3:20-cv-00979-MHL (E.D. Va. Richmond) | Deidra Byrd | 12/22/2020 *Terminated*: 2/18/2021 | District Judge M. Hannah Lauck | Y |
| McDaniel v. Virginia Employment Commission Case No. 4:21-cv-00013-RCY-LRL (E.D. Va. Newport News) | Cierra McDaniel | 1/28/2021 | District Judge Roderick C. Young<br>Magistrate Judge Lawrence R. Leonard | Y |
| Pegues v. Virginia Unemployment Commission Case No. 2:21-cv-0074 | LaKisha Madlock Pegues | 2/4/2021 | District Judge Rebecca Beach Smith<br>Magistrate Judge Robert J. Krask | Y |

| Case Style | Plaintiff Contact Information | Date Filed | Assigned Judges | Needs VEC assistance/action |
|---|---|---|---|---|
| (E.D. Va. Norfolk) | | | | |
| Harris v. Hess, et al. Case No. 3:21-cv-00110-DJN (E.D. Va. Richmond) | Ayana Harris | 2/23/2021 | District Judge David J. Novak | Unable to reach |
| Bland v. Hess, et al. Case No. 3:21-cv-00146-HEH (E.D. Va. Richmond) | Natasha Bland | 3/5/2021 | District Judge Henry E. Hudson | N |
| Nunnally v. Hess, et al. Case No. 3:21-cv-00164-MHL (E.D. Va. Richmond) | Amanda Nunnally | 3/11/2021 | District Judge M. Hannah Lauck | Unable to reach |
| Webb v. Virginia Employment Commission, Case No. 2:21-cv-00153-RCY-DEM (E.D. Norfolk) | Anita Webb | 3/24/2021 | District Judge Roderick C. Young<br><br>Magistrate Judge Douglas E. Miller | Y |
| Barber v. Virginia Employment Commission, et al. Case No. 2:21-cv-00162-RCY-RJK (E.D. Va. Norfolk) | Kahlil Malik Barber | 3/26/2021 | District Judge Roderick C. Young Magistrate Judge Robert J. Krask | Y |
| Wright v. Virginia Employment | Mandy Lee Wright | 4/2/2021 | District Judge Claude M. Hilton<br><br>Magistrate Judge Theresa | Y |

3

| Case Style | Plaintiff Contact Information | Date Filed | Assigned Judges | Needs VEC assistance/action |
|---|---|---|---|---|
| Commission Case No. 1:21-cv-00412-CMH-TCB (E.D. Va. Alexandria) | | | Carroll Buchanan | |
| Fisher v. Virginia Employment Commission, Case No. 3:21-cv-226 (E.D. Va. Richmond) | Joakima Fisher | 4/6/2021 | District Judge Henry E. Hudson | Y |
| Purnell v. Virginia Employment Commission Case No. 4:21-cv-00032-RCY-LRL (E.D. Va. Newport News) | Khalilah Purnell | 4/7/2021 | District Judge Roderick C. Young<br>Magistrate Judge Lawrence R. Leonard | Y |
| Maurice v. Virginia Employment Commission Case No. 4:21-cv-00033-AWA-RJK | Ian Michael Maurice | 4/8/2021 | District Judge Arenda L. Wright Allen<br>Magistrate Judge Robert J. Krask | Unable to reach |
| Moore v. Virginia Employment Commission Case No. 4:21-cv-00035-AWA-RJK (E.D. Va. | Kathryn C. Moore | 4/13/2021 | District Judge Arenda L. Wright Allen<br>Magistrate Judge Robert J. Krask | Y |

| Case Style | Plaintiff Contact Information | Date Filed | Assigned Judges | Needs VEC assistance/action |
|---|---|---|---|---|
| Newport News) | | | | |
| Thompson v. Virginia Employment Commission Case No. 2:21-cv-00196 (E.D. Va. Norfolk) | Latese Thompson | 4/14/2021 | District Judge Rebecca Beach Smith<br>Magistrate Judge Douglas E. Miller | Unable to reach |
| Bradley v. Virginia Employment Commission Case No. 1:21-cv-00469-RDA-MSN (E.D. Va. Alexandria) | John N Bradley | 4/15/2021 | District Judge Rossie D. Alston, Jr.<br>Magistrate Judge Michael S. Nachmanoff | Y |
| Brown v. Hess, et al. Case No. 2:21-cv-00212-AWA-LRL (E.D. Va. Norfolk) | Tamyka Brown | 4/16/2021 | District Judge Arenda L. Wright Allen Magistrate Judge Lawrence R. Leonard | Y |
| Smith v. Virginia Employment Commission Case No. 4:21-cv-00042-RAJ-DEM (E.D. Va. Newport News) | LaTanya J. Smith | 4/21/2021 | District Judge Raymond A. Jackson<br>Magistrate Judge Douglas E. Miller | Y |

| Case Style | Plaintiff Contact Information | Date Filed | Assigned Judges | Needs VEC assistance/action |
|---|---|---|---|---|
| Gerald v. Virginia Employment Commission Case No. 3:21-cv-00278-HEH (E.D. Va. Richmond) | Tarsha Gerald | 4/27/2021 | District Judge Henry E. Hudson | Y – but has rec'd some benefits |
| Andrews v. Virginia Employment Commission Case No. 3:21-cv-00277-HEH (E.D. Va. Richmond) | Trae Andrews | 4/27/2021 | District Judge Henry E. Hudson | Y |
| Demetrius v. Virginia Employment Commission, et al. Case No. 1:21-cv-00513-AJT-MSN (E.D. Va. Alexandria) | Raifle Alondo Demetrius | 4/28/2021 | District Judge Anthony J Trenga Magistrate Judge Michael S. Nachmanoff | Y |
| Morales v. Virginia Employment Commission Case No. 2:21-cv-00236 (E.D. Va. Norfolk) | Nestor Morales, Jr. | 4/29/2021 | District Judge Roderick C. Young Magistrate Judge Lawrence R. Leonard | Unable to reach |
| Galloway v. Virginia Employment Commission, | Capricia Galloway | 4/29/2021 | District Judge Rossie D. Alston, Jr. Magistrate Judge Michael S. Nachmanoff | Unable to reach |

6

| Case Style | Plaintiff Contact Information | Date Filed | Assigned Judges | Needs VEC assistance/action |
|---|---|---|---|---|
| et al. Case No. 1:21-cv-00514-RDA-MSN (E.D. Va. Alexandria) | | | | |
| Lim v. Hess Case No. 7:21-cv-00250-MFU (W.D. Va. Roanoke) | Sung Tae Lim | 4/30/2021 | District Judge Michael F. Urbanski | N |
| Frazier v. Virginia Employment Commission Case No. 2:21-cv-00241-AWA-RJK (E.D. Va. Norfolk) | Mashawna Frazier | 5/3/2021 | District Judge Arenda L. Wright Allen<br><br>Magistrate Judge Robert J. Krask | Y |
| Brown v. Northam, et al. Case No. 3:21-cv-00298-HEH (E.D. Va. Richmond) | Glenda Brown | 5/10/2021 | District Judge Henry E. Hudson | Y |
| Bailey v. Virginia Employment Commission Case No. 4:21-cv-00055-AWA-DEM (E.D. Va. Newport News) | Matthew Terrell Bailey | 5/12/2021 | District Judge Arenda L. Wright Allen<br><br>Magistrate Judge Douglas E. Miller | Y |

Respectfully Submitted,
Counsel for Plaintiffs

By: _____/s/_____
Leonard A. Bennett (VSB #37523)
Amy L. Austin (VSB #46579)
Craig C. Marchiando (VSB #89736)
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA  23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
lenbennett@clalegal.com
craig@clalegal.com
amyaustin@clalegal.com


Kristi Cahoon Kelly (VSB #72791)
Kelly Guzzo, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA  22030
Telephone:  (703) 424-7730
Facsimile:  (703) 591-0167
KKelly@kellyguzzo.com

8