**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| ASHLEY COX, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:21-cv-253-HEH |
| | ) | |
| ELLEN MARIE HESS, in her official | ) | |
| capacity as Commissioner of the Virginia | ) | |
| Employment Commission, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S REPLY IN SUPPORT OF HER**
**REQUEST FOR CASE DISMISSAL**

Defendant Ellen Marie Hess, in her official capacity as Commissioner of the Virginia Employment Commission ("Commissioner Hess"), by counsel, submits this reply in support of her Status Report Addressing Compliance with the Adjudication Completion Standards and Request for Case Dismissal.

This case was initiated by Plaintiffs' Advocates to address the resolution of pending claims for unemployment benefits awaiting adjudication during the height of the COVID-19 pandemic. As a result of a judicial mediation process that occurred over multiple days, the Virginia Employment Commission ("VEC") and Plaintiffs' Advocates reached a settlement, which is memorialized by the Settlement Order Entered Pursuant to Judicial Mediation (ECF No. 25) (the "Settlement Order"). The Settlement Order set out an agreed-upon process for the VEC to address its backlog of outstanding unemployment benefits adjudications. It contained concrete targets and benchmarks for the VEC to meet, along with deadlines by which the requirements must be met. At the direction of Commissioner Hess, the VEC took the requirements of the Settlement Order

very seriously, and the entire organization devoted significant resources and manpower to meeting the adjudication completion targets set forth in the Settlement Order. The VEC has met, or exceeded, the requirements in the Settlement Order. As explained in Commissioner Hess's Status Report, the VEC even met the 95% completion standard for Unpaid Claims Awaiting Adjudication almost a month before the Settlement Order's September 6, 2021 deadline.

This case has caused considerable disruption at the VEC and emotional stress for its employees, who have collectively worked tirelessly since the Settlement Order's entry to meet these adjudication targets. In their opposition, Plaintiffs' Advocates do not argue that the VEC has failed to comply with the Settlement Order's adjudication requirements. Rather, they ask this Court to continue to exercise judicial supervision and oversight over the VEC for an additional period of at least another 45 days, perhaps more, to discuss issues not addressed in the settlement agreement memorialized by the Settlement Order.

## Conclusion

The Court should dismiss the case because the VEC met, or exceeded, its obligations as set forth in the Settlement Order.

Respectfully submitted,

ELLEN MARIE HESS, in her official capacity
as Commissioner of the Virginia Employment
Commission


By: ____/s/_____
William W. Tunner (VSB #38358)
William D. Prince IV (VSB #77209)
Michael G. Matheson (VSB #82391)
John P. O'Herron (VSB #79357)
Rachel W. Adams (VSB #92605)
THOMPSON MCMULLAN, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Tel: (804) 649-7545
Fax: (804) 780-1813
wtunner@t-mlaw.com
wprince@t-mlaw.com
mmatheson@t-mlaw.com
joherron@t-mlaw.com
radams@t-mlaw.com

*Counsel for Defendant Ellen Marie Hess, in her
official capacity as Commissioner of the Virginia
Employment Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of August, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Craig C. Marchiando (VSB #89736)
> Leonard A. Bennett (VSB #37523)
> Amy Austin (VSB #46579)
> Consumer Litigation Associates, P.C.
> 763 J. Clyde Morris Blvd., Suite 1-A
> Newport News, VA 23601
> Telephone: (757) 930-3660
> Facsimile: (757) 930-3662
> lenbennett@clalegal.com
> craig@clalegal.com
> amyaustin@clalegal.com
>
> Steven Fischbach (VSB #94280)
> Virginia Poverty Law Center
> 919 East Main Street, Suite 610
> Richmond, VA 23219
> Telephone: (804) 351-5266
> steve@vplc.org
>
> Brenda Castaneda (VSB #72809)
> Patrick Levy-Lavelle (VSB #71190)
> Granville Warner (VSB #24957)
> Legal Aid Justice Center
> 1000 Preston Avenue
> Charlottesville, VA 22903
> Telephone: (434) 977-0553
> brenda@justice4all.org
> pat@justice4all.org
> cwarner@justice4all.org
>
> Daniel Turczan (VSB #81551)
> *Admission to EDVA Pending*
> Legal Aid Works
> 500 Lafayette Blvd., Suite 100
> Fredericksburg, VA 22401
> Telephone: (540) 371-1105
> dturczan@legalaidworks.org

Kristi Cahoon Kelly (VSB #72791)
Andrew J. Guzzo (VSB #82170)
Casey S. Nash (VSB #84261)
Kelly Guzzo, PLC
3925 Chain Bridge, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
kkelly@kellyguzzo.com
aguzzo@kellyguzzo.com
casey@kellyguzzo.com

By:_____/s/_____
William D. Prince IV (VSB #77209)
THOMPSON MCMULLAN, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Tel: (804) 649-7545
Fax: (804) 780-1813
wprince@t-mlaw.com

*Counsel for Defendant Ellen Marie Hess, in her official capacity as Commissioner of the Virginia Employment Commission*