**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| ASHLEY COX, *et al.*, | ) |
| | ) |
| PLAINTIFFS, | ) |
| | ) |
| v. | ) Case No: 3:21cv253-HEH |
| | ) |
| ELLEN MARIE HESS, | ) |
| in her official capacity as Commissioner | ) |
| of the Virginia Employment Commission, | ) |
| | ) |
| DEFENDANT. | ) |

**JOINT STATUS REPORT**

All parties, by counsel, submit this joint status report in response to the Court's August 25, 2021 Order (ECF No. 42). For the reasons described below, the parties respectfully seek leave to file an additional status report on or before October 15, 2021 detailing a path to resolve the remaining issues in the case.

1.      The Court's August 25, 2021 Order directs the parties "to meet and devise a path to resolve the remaining issues" and to "provide the Court with a status report detailing the benchmarks for resolution within thirty (30) days." *Id.*

2.      Since the entry of the Court's August 25, 2021 Order, the parties have been working diligently to identify the remaining issues and establish appropriate benchmarks. The parties have exchanged substantive written proposals, there have been two lengthy meetings with counsel and the Virginia Employment Commission ("VEC"), and the parties continue to exchange information.

3.      Notwithstanding that good-faith effort, the parties agree that the Court's goal (which the parties share) of "devis[ing] a path to resolve the remaining issues" would be best served if the

1

parties could continue their work for an additional period before filing an additional status report. The parties respectfully request that the Court permit them to provide an additional status report on or before October 15, 2021, which will include the number of first-level appeals currently pending before the VEC.

September 24, 2021

Respectfully submitted,

ELLEN MARIE HESS, in her official capacity as Commissioner of the Virginia Employment Commission

By: /s/
William W. Tunner (VSB #38358)
William D. Prince IV (VSB #77209)
Michael G. Matheson (VSB #82391)
John P. O'Herron (VSB #79357)
Rachel W. Adams (VSB #92605)
THOMPSON MCMULLAN, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Tel: (804) 649-7545
Fax: (804) 780-1813
wtunner@t-mlaw.com
wprince@t-mlaw.com
mmatheson@t-mlaw.com
joherron@t-mlaw.com
radams@t-mlaw.com

*Counsel for Defendant Ellen Marie Hess, in her official capacity as Commissioner of the Virginia Employment Commission*

ASHLEY COX, EMILY DIMOND, PENNY WILLIAMS, AMBER DIMMERLING, AND LENITA GIBSON, on behalf of themselves and all others similarly situated

By: _____/s/_____
Craig C. Marchiando, VSB # 89736
Leonard A. Bennett, VSB # 37523
Drew D. Sarrett, VSB # 81658
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662 Email: lenbennett@clalegal.comEmail: craig@clalegal.com Email: drew@clalegal.com

Steven Fischbach, VSB # 94280
**VIRGINIA POVERTY LAW CENTER**
919 East Main Street, Suite 610
Richmond, VA 23219
Telephone: (804) 351-5266
Email: steve@vplc.org

Brenda Castaneda, VSB # 72809
Patrick Levy-Lavelle, VSB # 71190
Granville Warner, VSB # 24957
**LEGAL AID JUSTICE CENTER**
1000 Preston Avenue
Charlottesville, Virginia 22903
Telephone: (434) 977-0553 Email: brenda@justice4all.org Email: pat@justice4all.org Email: cwarner@justice4all.org

Daniel Turczan, VSB # 81551
**LEGAL AID WORKS**
500 Lafayette Blvd., Suite 100
Fredericksburg, Virginia 22401
Telephone: (540) 371-1105
Email: dturczan@legalaidworks.org

3

        Kristi Cahoon Kelly, VSB #72791
        Andrew J. Guzzo, VSB #82170
        Casey S. Nash, VSB #84261
        **KELLY GUZZO, PLC**
        3925 Chain Bridge, Suite 202
        Fairfax, VA 22030
        Telephone: (703) 424-7572
        Facsimile: (703) 591-0167 Email:
        kkelly@kellyguzzo.com Email:
        aguzzo@kellyguzzo.comEmail:
        casey@kellyguzzo.com

*Counsel for Plaintiffs Ashley Cox, et al.*