UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| ASHLEY COX, *et al.*, | ) | |
| | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| v. | ) | Case No: 3:21cv253-HEH |
| | ) | |
| ELLEN MARIE HESS, | ) | |
| in her official capacity as Commissioner | ) | |
| of the Virginia Employment Commission, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

### JOINT MOTION FOR ENLARGEMENT OF TIME
### TO FILE STATUS REPORT

All parties, by counsel, move the Court for an enlargement of one week to file their Status Report previously ordered for filing today. (Docket No. 47). As previously represented to the Court, both sides have continued to work together to determine appropriate next steps and narrow remaining issues of dispute or disagreement. Their most recent conference was just this week, again attended by each team of attorneys as well as leadership of the Virginia Employment Commission. The Parties ask the Court for an additional week to provide their substantive status report on Friday, October 22, 2021. A proposed Order accompanies this Motion.

WHEREFORE, Plaintiffs and Defendant jointly and respectfully move for an order enlarging the time to file a status report until October 22, 2021.

1

October 15, 2021

Respectfully submitted,

ELLEN MARIE HESS, in her official capacity as Commissioner of the Virginia Employment Commission

By: \_\_\_\_/s/_____
William W. Tunner (VSB #38358)
William D. Prince IV (VSB #77209)
Michael G. Matheson (VSB #82391)
John P. O'Herron (VSB #79357)
Rachel W. Adams (VSB #92605)
THOMPSON MCMULLAN, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Tel: (804) 649-7545
Fax: (804) 780-1813
wtunner@t-mlaw.com
wprince@t-mlaw.com
mmatheson@t-mlaw.com
joherron@t-mlaw.com
radams@t-mlaw.com

*Counsel for Defendant Ellen Marie Hess, in her official capacity as Commissioner of the Virginia Employment Commission*

ASHLEY COX, EMILY DIMOND, PENNY WILLIAMS, AMBER DIMMERLING, AND LENITA GIBSON, on behalf of themselves and all others similarly situated

By: \_\_\_\_/s/_____
Craig C. Marchiando, VSB # 89736
Leonard A. Bennett, VSB # 37523
Drew D. Sarrett, VSB # 81658
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601 Telephone: (757) 930-3660
Facsimile: (757) 930-3662 Email: lenbennett@clalegal.comEmail:
craig@clalegal.com Email:
drew@clalegal.com

Steven Fischbach, VSB # 94280
**VIRGINIA POVERTY LAW CENTER**
919 East Main Street, Suite 610

2

Richmond, VA 23219
Telephone: (804) 351-5266
Email: steve@vplc.org

Brenda Castaneda, VSB # 72809
Patrick Levy-Lavelle, VSB # 71190
Granville Warner, VSB # 24957
**LEGAL AID JUSTICE CENTER**
1000 Preston Avenue
Charlottesville, Virginia 22903
Telephone: (434) 977-0553 Email:
brenda@justice4all.org Email:
pat@justice4all.org Email:
cwarner@justice4all.org

Daniel Turczan, VSB # 81551
**LEGAL AID WORKS**
500 Lafayette Blvd., Suite 100
Fredericksburg, Virginia 22401
Telephone: (540) 371-1105
Email: dturczan@legalaidworks.org

Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
**KELLY GUZZO, PLC**
3925 Chain Bridge, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167 Email:
kkelly@kellyguzzo.com Email:
aguzzo@kellyguzzo.comEmail:
casey@kellyguzzo.com

*Counsel for Plaintiffs Ashley Cox, et al.*

3