# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| ASHLEY COX, *et al.*, )<br>)<br>   Plaintiffs, )<br>)<br>v. )<br>)<br>ELLEN MARIE HESS, in her official )<br>capacity as Commissioner of the Virginia )<br>Employment Commission, )<br>)<br>   Defendant. ) | Case No. 3:21-cv-253-HEH |

## JOINT MOTION FOR A FURTHER ENLARGEMENT OF TIME TO FILE STATUS REPORT

All parties, by counsel, move the Court for a further enlargement of one week to file the status report previously ordered for filing today. *See* ECF No. 49.

On August 25, the Court directed the parties to "meet and devise a path to resolve the remaining issues and provide the Court a status report detailing the benchmarks for resolution." ECF No. 42. As previously reported, the parties have met at length and exchanged substantive written proposals. During the last week, the parties have managed to meaningfully narrow the open issues but have not been able to reach final agreement on all matters.

Accordingly, the parties ask the Court for an additional week to provide the required report with a final report to be filed on or before October 29, 2021.

October 22, 2021

Respectfully submitted,

ELLEN MARIE HESS, in her official capacity as Commissioner of the Virginia Employment Commission

By: \_\_\_\_\_/s/_____
William W. Tunner (VSB #38358)
William D. Prince IV (VSB #77209)
Michael G. Matheson (VSB #82391)
John P. O'Herron (VSB #79357)
Rachel W. Adams (VSB #92605)
THOMPSON MCMULLAN, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Tel: (804) 649-7545
Fax: (804) 780-1813
wtunner@t-mlaw.com
wprince@t-mlaw.com
mmatheson@t-mlaw.com
joherron@t-mlaw.com
radams@t-mlaw.com

*Counsel for Defendant Ellen Marie Hess, in her official capacity as Commissioner of the Virginia Employment Commission*

ASHLEY COX, EMILY DIMOND, PENNY WILLIAMS, AMBER DIMMERLING, AND LENITA GIBSON, on behalf of themselves and all others similarly situated

By: _____/s/ Granville Warner_____
Craig C. Marchiando, VSB # 89736
Leonard A. Bennett, VSB # 37523
Drew D. Sarrett, VSB # 81658
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
Email: drew@clalegal.com

Steven Fischbach, VSB # 94280
**VIRGINIA POVERTY LAW CENTER**
919 East Main Street, Suite 610
Richmond, VA 23219
Telephone: (804) 351-5266
Email: steve@vplc.org

Brenda Castaneda, VSB # 72809
Patrick Levy-Lavelle, VSB # 71190
Granville Warner, VSB # 24957
**LEGAL AID JUSTICE CENTER**
1000 Preston Avenue
Charlottesville, Virginia 22903
Telephone: (434) 977-0553
Email: brenda@justice4all.org
Email: pat@justice4all.org
Email: cwarner@justice4all.org

Daniel Turczan, VSB # 81551
**LEGAL AID WORKS**
500 Lafayette Blvd., Suite 100
Fredericksburg, Virginia 22401
Telephone: (540) 371-1105
Email: dturczan@legalaidworks.org

Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
**KELLY GUZZO, PLC**
3925 Chain Bridge, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com

*Counsel for Plaintiffs Ashley Cox, et al.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of October, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Craig C. Marchiando (VSB #89736)
>Leonard A. Bennett (VSB #37523)
>Amy Austin (VSB #46579)
>Consumer Litigation Associates, P.C.
>763 J. Clyde Morris Blvd., Suite 1-A
>Newport News, VA 23601
>Telephone: (757) 930-3660
>Facsimile: (757) 930-3662
>lenbennett@clalegal.com
>craig@clalegal.com
>amyaustin@clalegal.com
>
>Steven Fischbach (VSB #94280)
>Virginia Poverty Law Center
>919 East Main Street, Suite 610
>Richmond, VA 23219
>Telephone: (804) 351-5266
>steve@vplc.org
>
>Brenda Castaneda (VSB #72809)
>Patrick Levy-Lavelle (VSB #71190)
>Granville Warner (VSB #24957)
>Legal Aid Justice Center
>1000 Preston Avenue
>Charlottesville, VA 22903
>Telephone: (434) 977-0553
>brenda@justice4all.org
>pat@justice4all.org
>cwarner@justice4all.org
>
>Daniel Turczan (VSB #81551)
>*Admission to EDVA Pending*
>Legal Aid Works
>500 Lafayette Blvd., Suite 100
>Fredericksburg, VA 22401
>Telephone: (540) 371-1105
>dturczan@legalaidworks.org

Kristi Cahoon Kelly (VSB #72791)
Andrew J. Guzzo (VSB #82170)
Casey S. Nash (VSB #84261)
Kelly Guzzo, PLC
3925 Chain Bridge, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
kkelly@kellyguzzo.com
aguzzo@kellyguzzo.com
casey@kellyguzzo.com

By: /s/
William D. Prince IV (VSB #77209)
THOMPSON MCMULLAN, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Tel: (804) 649-7545
Fax: (804) 780-1813
wprince@t-mlaw.com

*Counsel for Defendant Ellen Marie Hess, in her official capacity as Commissioner of the Virginia Employment Commission*

5