UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| ASHLEY COX, *et al.*,  )  <br>  )  <br>  PLAINTIFFS,  )  <br>  )  <br>  v.  )  <br>  )  <br>  ELLEN MARIE HESS,  )  <br>  in her official capacity as Commissioner  )  <br>  of the Virginia Employment Commission,  )  <br>  )  <br>  DEFENDANT.  )  <br>  ) | Case No: 3:21cv253-HEH |

## PLAINTIFFS' PETITION FOR AWARD OF ATTORNEYS' FEES

Pursuant to Fed. R. Civ. P. 54(d) and this Court's January 6, 2022, Order (ECF 56 ¶ 6), plaintiffs Ashley Montgomery Cox, Emily Dimond, Penny Williams, Melissa Dimmerling, and Lenita Gibson, on behalf of themselves and all others similarly situated ("Plaintiffs"), respectfully petition this Court for entry of an Order awarding $378,867 in attorneys' fees.

As set forth in the accompanying memorandum of law and declarations, Plaintiffs are "prevailing part[ies]" in this litigation for the purposes of 42 U.S.C. § 1988(b), and they have properly documented the hours reasonably incurred by their attorneys and the hourly rates that reasonably apply to those hours.

A proposed order is attached.

[signatures on following page]

Respectfully submitted,

Ashley Montgomery Cox, Emily Dimond, Penny Williams, Melissa Dimmerling and Lenita Gibson, on behalf of themselves and all others similarly situated.

By: _____/s/_____
Brenda Castaneda, VSB # 72809
Patrick Levy-Lavelle, VSB # 71190
Granville Warner, VSB # 24957
**LEGAL AID JUSTICE CENTER**
1000 Preston Avenue
Charlottesville, Virginia 22903
Telephone: (434) 977-0553
Facsimile: (434) 977-0558
Email: brenda@justice4all.org
Email: pat@justice4all.org
Email: cwarner@justice4all.org

Steven Fischbach, VSB # 94280
**VIRGINIA POVERTY LAW CENTER**
919 East Main Street, Suite 610
Richmond, VA 23219
Telephone: (804) 351-5266
Email: steve@vplc.org

Daniel Turczan, VSB # 81551
**LEGAL AID WORKS**
500 Lafayette Blvd., Suite 100
Fredericksburg, Virginia 22401
Telephone: (540) 371-1105
Email: dturczan@legalaidworks.org

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day February, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of counsel of record registered with the CM/ECF system, including the following:

> William W. Tunner (VSB #38358)
> William D. Prince IV (VSB #77209)
> Michael G. Matheson (VSB #82391)
> John P. O'Herron (VSB #79357)
> Rachel W. Adams (VSB #92605)
> THOMPSON MCMULLAN, P.C.
> 100 Shockoe Slip, 3rd Floor
> Richmond, Virginia 23219
> Tel: (804) 649-7545
> Fax: (804) 780-1813
> wtunner@t-mlaw.com
> wprince@t-mlaw.com
> mmatheson@t-mlaw.com
> joherron@t-mlaw.com
> radams@t-mlaw.com

By: /s/
Granville Warner (VSB #24957)
Legal Aid Justice Center
1000 Preston Avenue
Charlottesville, VA 22903
Telephone: (434) 977-0553
Facsimile: (434) 977-0558
cwarner@justice4all.org

*Counsel for Plaintiffs Ashley Cox, et al.*

3