IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ASHLEY COX, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:21-cv-253-HEH |
| ) | |
| CARRIE ROTH, in her official ) | |
| Capacity as Commissioner of the ) | |
| Virginia Employment Commission, ) | |
| ) | |
| Defendant. ) | |

## ORDER
(Granting Plaintiffs' Motion for Attorneys' Fees)

THIS MATTER is before the Court on Plaintiffs' Motion for Attorney Fees (the "Motion") filed at the conclusion of the case. (ECF No. 57.) The Motion requested attorneys' fees for five of Plaintiffs' attorneys. Defendant opposed the Motion but agreed to mediate the issue. On April 20, 2022, the Court conducted a settlement conference with counsel. As a result, Defendant agreed to pay attorneys' fees in the amount of $200,000. Accordingly, Plaintiffs' Motion is GRANTED.

Thus, pursuant to the agreement resulting from the mediation, Defendant shall pay the total sum of $200,000 to the Legal Aid Justice Center to be distributed among Virginia Poverty Law Center, Legal Aid Works, and Legal Aid Justice Center for attorneys' fees in this case.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: **April 20, 2022**
Richmond, Virginia

2